## IN RE KIRKMAN

No. 313 PC

No. 131 (Fall Term)

Case below: 47 NC App 479

Petition by Minnie H. Kirkman for discretionary review under 7A-31 allowed 16 September 1980.

## IN RE RIDGE

No. 309 PC

No. 130 (Fall Term)

Case below: 47 NC App 183

Petition by caveators for discretionary review under G.S. 7A-31 allowed 16 September 1980.

## INSURANCE CO. v. CONSTRUCTION CO.

No. 261 PC

Case below: 46 NC App 427

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.

## JOHNSON v. JOHNSON

No. 274 PC

Case below: 46 NC App 316

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 15 August 1980.

## JOYNER v. INSURANCE

No. 280 PC

Case below: 46 NC App 807

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.